UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TRANSFIRST HOLDINGS, INC., et al., ) <br> ) <br> Plaintiff(s), ) <br> ) <br> vs. ) <br> ) <br> FRANCINE MAGLIARDITI, et al., ) <br> ) <br> Defendant(s). ) <br> ) | Case No. 2:16-cv-00322-APG-NJK <br><br> ORDER GRANTING MOTION TO SEAL <br><br> (Docket No. 15) |

Pending before the Court is Plaintiffs' unopposed Motion to Seal certain exhibits attached to Adam Sanderson's Declaration in support of Plaintiffs' Motion to Enforce Subpoenas. Docket No. 15; *see also* Docket No. 13 (declaration). The documents at issue contain private personal information such as financial account numbers and social security numbers. *Id.* at 1. The Ninth Circuit has held that there is a presumption of public access to judicial files and records, and that parties seeking to maintain the secrecy of documents attached to wholly non-dispositive motions must make a particularized showing of good cause. *Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006). Where filings contain private personal information like social security numbers, good cause for secrecy exists. *Minshew v. Donley*, 911 F. Supp. 2d 1043, 1074 (D. Nev. 2012) (finding, under the more stringent compelling interest standard, documents containing social security numbers should be sealed and redacted copies filed on the public docket).

//

//

For good cause shown, the Clerk's Office is **INSTRUCTED** to seal Docket No. 13 and all exhibits attached thereto. Plaintiffs shall file a proposed redacted version of that declaration and its exhibits no later than April 1, 2016.[1]

IT IS SO ORDERED.

DATED: March 28, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge

---

[1] A "party seeking to seal only portions of a document, such as one which is subject to being sealed only because it contains social security numbers, shall provide a proposed redacted copy of the document." *Minshew v. Donley*, 911 F. Supp. 2d at 1074. Given the emergency nature of Plaintiffs' motion and the fact that it concerns Defendants' private information, the Court will permit the sealing of the subject document, despite Plaintiffs' failure to comply with this requirement.